WILLIAM J. SCHROEDER, WSBA #7942

Paine, Hamblen, Coffin,                              The Honorable Cynthia Imbrogno
    Brooke & Miller LLP
717 West Sprague, Suite 1200
Spokane, Washington 99201-3505
Telephone: (509) 455-6000
Facsimile: (509) 838-0007
william.schroeder@painehamblen.com

Attorneys for Defendant Boise Cascade Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICHARD SEEFRIED, | ) |
| | ) No. CV-02-3126-CI |
| Plaintiff, | ) |
| | ) |
| | ) ORDER OF DISMISSAL WITH |
| vs. | ) PREJUDICE |
| | ) |
| BOISE CASCADE CORPORATION, | ) |
| a Delaware corporation, | ) |
| | ) |
| Defendant. | ) |
| | ) |

On hearing the Parties' Stipulated Motion for Dismissal With Prejudice and the

Court being fully advised in the premises,

ORDER OF DISMISSAL
WITH PREJUDICE - 1

1

2

3

**IT IS ORDERED** that the above-entitled action is hereby dismissed with prejudice and without costs to any party.

4

DATED May 15, 2006.

5

6

7

    S/ CYNTHIA IMBROGNO
CYNTHIA IMBROGNO
UNITED STATES MAGISTRATE JUDGE

8

PRESENTED BY:

9

10

PAINE, HAMBLEN, COFFIN,
   BROOKE & MILLER LLP

11

12

By:   /s/ WILLIAM J. SCHROEDER
William J. Schroeder, WSBA No. 7942

13

Paine, Hamblen, Coffin, Brooke & Miller LLP

14

717 West Sprague, Suite 1200
Spokane, WA 99201-3505

15

Telephone: (509) 455-6000

16

Facsimile: (509) 838-0007
william.schroeder@painehamblen.com

17

18

    and

19

20

Kindra Hansen, *Pro Hac Vice*
OfficeMax Incorporated

21

Legal Department
1111 West Jefferson Street, Suite 510

22

Boise, Idaho  83702

23

Telephone:  208-384-4829
Facsimile:  208-384-4961

24

KindraHansen@officemax.com

25

26

Attorneys for Defendant

27

28

ORDER OF DISMISSAL
WITH PREJUDICE  - 2

*PAINE, HAMBLEN, COFFIN, BROOKE & MILLER LLP*
717 WEST SPRAGUE AVENUE, SUITE 1200
SPOKANE, WASHINGTON 99201-3505 PHONE (509) 455-6000